SO ORDERED: October 18, 2016.

_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Susanne Michelle Stinnett             BANKRUPTCY NO: 16-07417-JMC-13
Debtor

### ORDER GRANTING MOTION FOR EXTENSION OF AUTOMATIC STAY AS TO ALL CREDITORS

Debtor filed a Motion for Extension of Automatic Stay as to all Creditors with the Clerk of Court on September 27, 2016, Doc No. 13.

IT IS THEREFORE ORDERED that the Motion for Extension of Automatic Stay as to all Creditors is hereby GRANTED.

###